## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Scott Polner, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Connect Holding II LLC d/b/a Brightspeed,<br><br>Defendant. | Case No. 3:26-cv-00014-FDW-WCM |
| Erica Black, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Connect Holding II LLC d/b/a Brightspeed,<br><br>Defendant. | Case No. 3:26-cv-00027 |

## PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL

Pursuant to Federal Rules of Civil Procedure 42(a) and 23(g), and Local Civil Rule 42.1 of the Western District of North Carolina, Plaintiffs in the above-captioned actions seek entry of an order consolidating *Scott Polner v. Connect Holding II LLC d/b/a Brightspeed*, Case No. 3:26-cv-00014-FDW-WCM (W.D.N.C.); and *Erica Black  v. Connect Holding II LLC d/b/a Brightspeed*, Case No. 3:26-cv-00027 (W.D.N.C.) (collectively the "Related Actions"), and appointing Plaintiffs' leadership structure consisting of Tyler J. Bean of Siri & Glimstad LLP, Philip J. Krzeski of Chestnut Cambronne PA, and Mariya Weekes of Milberg PLLC as Interim Class Counsel ("Proposed Interim Class Counsel"). For the reasons set forth in the accompanying

1

Memorandum of Law in Support of this Motion contemporaneously filed herewith, Plaintiffs respectfully submit that consolidation is warranted under Fed. R. Civ. P. 42(a) and L. Civ. R. 42.1 because the Related Actions involve common questions of law and fact and arise out of the same alleged data breach. Consolidation will conserve judicial and party resources, prevent inconsistent adjudications, and allow the Court to manage the Related Actions efficiently through a single consolidated proceeding. Likewise, appointment of Proposed Interim Class Counsel is appropriate under Fed. R. Civ. P. 23(g) to ensure the efficient prosecution of this matter and to protect the interests of the proposed class. Accordingly, Plaintiffs' motion should be granted.

Date: January 14, 2026

By: */s/ Dana Smith*
Dana Smith (N.C. Bar No. 51015)
**SIRI & GLIMSTAD LLP**
525 North Tyron Street
Charlotte, North Carolina 28202
Tel: (980) 533-4616
E: dsmith@sirillp.com

Tyler J. Bean*
Tanner R. Hilton*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: thilton@sirillp.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401
Tel: (612) 767-3600
E: bbleichner@chestnutcambronne.com
E: pkrzeski@chestnutcambronne.com

Mariya Weekes*
**MILBERG PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134

2

Tel: (786) 879-8200
mweekes@milberg.com

*Attorneys for Plaintiff and the Putative Class*

*\* denotes pro hac vice forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Dana Smith*
Dana Smith